IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY EASTERDAY, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | **NO. 14-1415** |
| | : | |
| **THE FEDERATED MUTUAL** | : | |
| **INSURANCE COMPANY,** | : | |
| **Defendant** | : | |

# O R D E R

**AND NOW,** this 24th day of March, 2015, upon consideration of the defendant's motion to consolidate (Document #11), the plaintiffs' response in opposition thereto (Document #12), and the defendant's reply (Document #19), IT IS HEREBY ORDERED that the motion is DENIED.[1]

BY THE COURT:

 /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] I note that to the extent this motion requests that I vacate certain Orders issued by the Honorable James Knoll Gardner, it is DENIED as moot. Upon reassignment from the docket of Judge Gardner to my docket, Judge Gardner vacated all of his previous Orders. See Document #13 and 15.