### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY EASTERDAY, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | **NO.  14-1415** |
| | : | |
| **THE FEDERATED MUTUAL** | : | |
| **INSURANCE COMPANY,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this 8th day of February, 2016, upon consideration of the plaintiffs'

motion to remand this action to state court (Document #31), and the defendant's response

thereto (Document #32), IT IS HEREBY ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that:

1.  This action is REMANDED to the Court of Common Pleas of Philadelphia

County.

2.  The Clerk of Court is directed to send a certified copy of this Order and all

original documents in this case to the Prothonotary of the Court of Common Pleas of

Philadelphia County.

3.  The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

*s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.